IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED PLASTICS CORPORATION, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00629 |
| | ) | |
| TERRA TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that Defendant Terra Technologies, Inc.'s Motion to Dismiss For Lack of Personal Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure [Doc. #8] is GRANTED and the case is DISMISSED.

This the day of February 6, 2007

                 /s/ N. Carlton Tilley, Jr.
                 United States District Judge